# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marrero, Victor | U.S. District Court, S.D.N.Y. | 12/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013 **to** 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | New York Public Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 12/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | municipal government official salary, City of New York |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. DREYFUS: (H) (see line 2) | | | | | | | | | |
| 2. NY Tax Exempt Fund | A | Dividend | | | Sold | 08/01/13 | L | A | |
| 3. | | | | | | | | | |
| 4. NY STATE TUITION SAVINGS PLAN See Part VIII, no control | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. JPMORGAN CHASE MONEY MARKET | A | Interest | L | T | | | | | |
| 7. | | | | | | | | | |
| 8. (S) NYC DEFERRED COMP. IRA | A | Dividend | L | T | | | | | |
| 9. | | | | | | | | | |
| 10. FIDELITY ROLLOVER IRA: (H) (See lines 11 through 74) | | | | | | | | | |
| 11. Fidelity NY Mun. Inc. Fd. | A | Dividend | L | T | Buy | 03/01/13 | L | | |
| 12. Strategic Advs. Value Fund | B | Dividend | L | T | Sold (part) | 01/30/13 | J | A | |
| 13. | | | | | Sold (part) | 09/20/13 | J | A | |
| 14. Strategic Advs. Small Mid-Cap Fd | A | Dividend | K | T | Buy | 08/06/13 | J | | |
| 15. Strategic Advs. International Fund | B | Dividend | L | T | Buy | 01/25/13 | J | | |
| 16. | | | | | Buy | 03/08/13 | J | | |
| 17. | | | | | Buy | 07/02/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/24/13 | J | A | |
| 19. | | | | | Sold (part) | 09/20/13 | J | A | |
| 20. | | | | | Buy | 11/07/13 | J | | |
| 21. Strategic Advs. US Oppty Fund | B | Dividend | K | T | Sold (part) | 09/20/13 | J | A | |
| 22. Strategic Advs. Core Fund | B | Dividend | L | T | Sold (part) | 02/27/13 | J | A | |
| 23. | | | | | Sold (part) | 06/27/13 | J | A | |
| 24. | | | | | Sold (part) | 07/30/13 | J | A | |
| 25. Strategic Advs. Growth Fund | B | Dividend | K | T | Sold (part) | 03/27/13 | J | A | |
| 26. | | | | | Sold (part) | 09/20/13 | J | A | |
| 27. Fidelity Real Estate Inc. | A | Dividend | K | T | Sold (part) | 01/25/13 | J | A | |
| 28. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 07/24/13 | J | A | |
| 29. | | | | | Sold (part) | 09/20/13 | J | A | |
| 30. Fidelity Select Gold | | None | | | Sold | 03/18/13 | J | A | |
| 31. AQR Diversified Arbitrage Class I | B | Dividend | K | T | | | | | |
| 32. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |
| 33. Fidelity GNMA Fund | A | Dividend | K | T | Buy | 07/24/13 | J | | |
| 34. Fidelity Total Bond | A | Dividend | L | T | Sold (part) | 01/25/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/18/13 | K | A | |
| 36. | | | | | Sold (part) | 08/06/13 | J | A | |
| 37.  Strategic Advs. Core Income Fund | E | Dividend | N | T | Buy | 01/25/13 | K | | |
| 38. | | | | | Buy | 03/18/13 | K | | |
| 39. | | | | | Sold (part) | 05/29/13 | J | A | |
| 40. | | | | | Buy | 07/02/13 | J | | |
| 41. | | | | | Buy | 07/24/13 | J | | |
| 42. | | | | | Buy | 08/06/13 | K | | |
| 43. | | | | | Buy | 09/20/13 | J | | |
| 44. | | | | | Sold (part) | 10/30/13 | J | A | |
| 45.  Strategic Advs. Income Opportunities | B | Dividend | L | T | Sold (part) | 01/25/13 | J | A | |
| 46. | | | | | Sold (part) | 09/20/13 | J | A | |
| 47. | | | | | Sold (part) | 11/07/13 | J | A | |
| 48.  FIMM MMKT Port Inst. Cl | A | Dividend | K | T | Sold (part) | 02/20/13 | J | A | |
| 49. | | | | | Sold (part) | 05/29/13 | J | A | |
| 50. | | | | | Sold (part) | 07/02/13 | J | A | |
| 51. | | | | | Sold (part) | 08/06/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/13/13 | J | A | |
| 53. | | | | | Sold (part) | 08/28/13 | J | A | |
| 54. | | | | | Buy | 09/20/13 | J | | |
| 55. | | | | | Sold (part) | 11/26/13 | J | A | |
| 56. Strategic Advsd. Short Duration Fund | B | Dividend | M | T | Buy | 03/18/13 | K | | |
| 57. | | | | | Buy | 03/19/13 | J | | |
| 58. | | | | | Sold (part) | 04/29/13 | J | A | |
| 59. | | | | | Buy | 07/24/13 | J | | |
| 60. | | | | | Buy | 08/06/13 | J | | |
| 61. Metropolitan West Low Duration M | B | Dividend | | | Sold (part) | 01/04/13 | J | A | |
| 62. | | | | | Sold (part) | 01/25/13 | J | A | |
| 63. | | | | | Sold | 03/18/13 | K | B | |
| 64. Pimco Total Return Administrative Shs | B | Dividend | L | T | Sold (part) | 01/25/13 | J | A | |
| 65. | | | | | Sold (part) | 03/18/13 | J | A | |
| 66. | | | | | Sold (part) | 08/06/13 | J | A | |
| 67. Pimco Short Term Administrative Shs | B | Dividend | M | T | Sold (part) | 03/18/13 | K | A | |
| 68. | | | | | Sold (part) | 07/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/24/13 | J | A | |
| 70. | | | | | Sold (part) | 11/26/13 | J | A | |
| 71. Templeton Global Bond Class A | B | Dividend | K | T | Sold (part) | 09/27/13 | J | A | |
| 72. | | | | | Buy | 11/07/13 | J | | |
| 73. Blackstone Alterntv Multi Mgr | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 74. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 75. | | | | | | | | | |
| 76. (S) FIDELITY ROLLOVER IRA: (H) (See lines 77 through 102) | | | | | | | | | |
| 77. Strategic Advs. Value Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 78. Strategic Advs. Small-Mid Cap Fd | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 79. Strategic Advs. International Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 80. Strategic Advs US Oppty Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 81. Strategic Advs. Core Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 82. Strategic Advs. Growth Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 83. Strategic Advs. Emerging Markets | A | Dividend | J | T | | | | | |
| 84. Fidelity Real Estate Inc. | A | Dividend | J | T | | | | | |
| 85. Fidelity Select Gold | | None | | | Sold | 03/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AQR Diversified Arbitrage Class I | A | Dividend | J | T | | | | | |
| 87. Arden Alternative Stragegies Class I | A | Dividend | J | T | | | | | |
| 88. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 89. Fidelity Total Bond | A | Dividend | J | T | Buy | 11/29/13 | J | | |
| 90. Strategic Advs. Core Income Fund | A | Dividend | K | T | Buy | 03/28/13 | J | | |
| 91. | | | | | Sold (part) | 11/29/13 | J | A | |
| 92. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | | | | | |
| 93. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Buy | 03/18/13 | J | | |
| 94. | | | | | Buy | 11/29/13 | J | | |
| 95. Metropolitan West Low Duration M | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 96. Pimco Total Return Adm Shs | A | Dividend | J | T | Buy | 11/29/13 | J | | |
| 97. Pimco Short Term Administrative Shs | A | Dividend | J | T | Sold (part) | 03/18/13 | J | A | |
| 98. | | | | | Buy | 11/29/13 | J | | |
| 99. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 100. FIMM MMKT Port Inst CL | A | Dividend | J | T | Buy | 11/29/13 | J | | |
| 101. Blackstone Alterntv Multi Mgr | A | Dividend | J | T | Buy | 08/08/13 | J | | |
| 102. Fidelity Cash Reserves | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. (S) FIDELITY SEP IRA: (H) (See lines 147 through 105) | | | | | | | | | |
| 105. Strategic Advs. Value Fund | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |
| 106. | | | | | Sold (part) | 07/05/13 | J | A | |
| 107. | | | | | Sold (part) | 11/29/13 | J | A | |
| 108. Strategic Advs. Small-Mid Cap Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 109. Strategic Advs. International Fund | A | Dividend | K | T | Buy | 01/25/13 | J | | |
| 110. | | | | | Buy | 03/18/13 | J | | |
| 111. | | | | | Sold (part) | 07/24/13 | J | A | |
| 112. | | | | | Buy | 10/15/13 | J | | |
| 113. | | | | | Sold (part) | 11/29/13 | J | A | |
| 114. Strategic Advs. US Oppty Fund | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 115. Strategic Advs. Core Fund | A | Dividend | J | T | Sold (part) | 07/02/13 | J | A | |
| 116. | | | | | Sold (part) | 11/29/13 | J | A | |
| 117. Strategic Advs. Growth Fund | A | Dividend | J | T | Sold (part) | 03/18/13 | J | A | |
| 118. | | | | | Sold (part) | 09/12/13 | J | A | |
| 119. | | | | | Sold (part) | 11/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 11/29/13 | J | A | |
| 121. Fidelity Real Estate Income | A | Dividend | J | T | | | | | |
| 122. Fidelity Select Gold | | None | | | Sold | 03/18/13 | J | A | |
| 123. AQR Diversified Arbitrage Class I | A | Dividend | J | T | | | | | |
| 124. Arden Alternative Strategies Class I | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |
| 125. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 126. Strategic Advs. Short Duration Fund | A | Dividend | L | T | Buy | 03/18/13 | J | | |
| 127. | | | | | Buy | 03/19/13 | J | | |
| 128. | | | | | Buy | 07/24/13 | J | | |
| 129. | | | | | Buy | 11/29/13 | J | | |
| 130. Fidelity Total Bond | A | Dividend | K | T | Buy | 11/29/13 | K | | |
| 131. Strategic Advs. Core Income Fund | B | Dividend | L | T | Buy | 01/25/13 | J | | |
| 132. | | | | | Buy | 06/28/13 | J | | |
| 133. | | | | | Buy | 07/24/13 | J | | |
| 134. | | | | | Buy | 09/20/13 | J | | |
| 135. | | | | | Sold (part) | 11/29/13 | K | B | |
| 136. Strategic Advs. Income Opportunities | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/07/13 | J | A | |
| 138. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Sold (part) | 07/02/13 | J | A | |
| 139. | | | | | Sold (part) | 08/08/13 | J | A | |
| 140. | | | | | Buy | 11/29/13 | J | | |
| 141. Fidelity Money Market (See note Part VIII) | | | | | | | | | |
| 142. Metropolitan West Low Duration M | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 143. Pimco Total Retrn Administrative Shs | A | Dividend | K | T | Buy | 11/29/13 | K | | |
| 144. Pimco Short Term Administrative Shs | A | Dividend | K | T | Sold (part) | 03/18/13 | J | A | |
| 145. | | | | | Sold (part) | 07/24/13 | J | A | |
| 146. | | | | | Buy | 11/29/13 | K | | |
| 147. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The NY State Tuition Savings Plan investment recorded on Part VII, Page 4, Line 4 is divided into two program accounts named Moderate Growth Fund and Conservative Growth Fund, 50% in each, with no control by the investor over the securities in the portfolio.

2. In Part VII, Page 12, Line 141 there is a listing for Fidelity Money Market following the entry for FIMM MMKT Port Inst. Cl. These item were so listed separately in my 2012 Report. This was an error, as the account's annual statement shows only one money market fund, which is the one designated FIMM MMKT.

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 12/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544